# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1146. CORDARRIEL GREEN v. HOMETOWN COMMUNITIES PROPERTY MANAGEMENT.**

Hometown Communities Property Management filed a dispossessory action against Cordarriel Green in magistrate court. After the magistrate court entered judgment in favor of Hometown, Green appealed to superior court, which also ruled in favor of Hometown. On May 24, 2021, the superior court entered a "Final Order," ordering the clerk to return to Green funds he had paid into the court registry and giving Green ten days to remove his mobile home from the premises at issue. On June 22, 2021, Green filed a notice of appeal to this Court. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); accord OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Green's failure to follow the proper procedure deprives us of jurisdiction over this appeal.

Furthermore, even if a direct appeal were proper here, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order on appeal, see OCGA § 5-6-38 (a), appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (2022)[1]; *Radio*

---

[1] OCGA § 44-7-56 was amended in 2022. Ga. L. 2022, pp. 767, 797, § 2-35. The prior version of the statue applies here because the amended version applies only to

*Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Green's appeal was untimely filed 29 days after the superior court's order was entered.

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/18/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

petitions for review filed in superior or state court on or after July 1, 2023. Ga. L. 2022, pp. 767, 801, § 3-1.